# Court of Appeals
# of the State of Georgia

ATLANTA, February 05, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0603. TUTT v. GEORGIA RECEIVABLES, INC., ASSIGNEE OF HSBC AUTO FINANCE, INC.**

The above-styled appeal was docketed in this court on November 15, 2012. Pursuant to Rule 23 (a) of the Court of Appeals, appellant's brief was to be filed in this court by December 5, 2012. It was not filed. On January 16, 2013, this court ordered appellant to file a brief within ten (10) days or, absent good cause timely communicated to this court, face possible dismissal of the appeal. As of the date of this order, appellant has not filed a brief or a motion for extension showing good cause.

Consequently, the instant appeal is hereby DISMISSED. Court of Appeals Rules 7 and 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/05/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*